IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PM HOSPITALITY STRATEGIES, INC, d/b/a )<br>SHERATON EDISON RARITAN CENTER )<br>HOTEL, d/b/a BPG HOTEL XXIII OWNER, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>NO. 15 C 1074<br><br>JUDGE JOAN B. GOTTSCHALL |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PM HOSPITALITY STRATEGIES, INC, d/b/a SHERATON EDISON RARITAN CENTER HOTEL, d/b/a BPG HOTEL XXIII OWNER, LLC, in the total amount of $183,550.97, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,310.00.

On February 20, 2015, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to Joseph Brown, Director of Operations, at the Defendant's place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 13, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of April 2015:

                PM Hospitality Strategies, Inc.
                d/b/a Sheraton Edison Raritan Center Hotel
                125 Raritan Center Parkway
                Edison, NJ   08817

                /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\PM Hospitality\Sheraton Edison Raritan\motion.lmf.df.wpd